August 29, 1994
 [NOT FOR PUBLICATION]
 UNITED STATES COURT OF APPEALS
 FOR THE FIRST CIRCUIT

 

No. 94-1391

 WILLIAM FIELD AND NORINNE FIELD,

 Plaintiffs, Appellants,

 v.

 PHILIP W. MANS,

 Defendant, Appellee.

 

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF NEW HAMPSHIRE

 [Hon. Martin F. Loughlin, U.S. Senior District Judge]
 

 

 Before

 Torruella, Chief Judge,
 
 Selya and Cyr, Circuit Judges.
 

 

Christopher J. Seufert on brief for appellants.
 
Philip W. Mans on brief pro se.
 

 

 

 Per Curiam. Having reviewed carefully the briefs and
 

the record in this case, we affirm the judgment of the

district court, affirming the decision of the bankruptcy

court denying appellants' request to have the debt of

approximately $150,000 of appellee to appellants excepted

from discharge under 11 U.S.C. 523(a)(2)(A). 

 This circuit has determined that to establish that a

debt is nondischargeable under 11 U.S.C. 523(a)(2)(A) a

creditor must prove, inter alia, that his "reliance was
 

reasonable in the circumstances." In re Burgess, 955 F.2d
 

134, 140 (1st Cir. 1992). Since we find no clear error, see
 

In re Corporacion de Servicios Medicos Hospitalarios de
 

Fajardo, 805 F.2d 440, 447-48 (1st Cir. 1986) (determination
 

of reasonableness reviewed for clear error), in the finding

by the bankruptcy court that the creditors' reliance in this

case was not reasonable, the judgment below is affirmed.1
 

 

1. In bankruptcy matters, this court conducts an independent
review of both the factual and legal findings of the
bankruptcy court. In re G.S.F. Corp., 938 F.2d 1467, 1474
 
(1st Cir. 1991). Therefore, any error committed by the
district court in findings of fact during its review of the
bankruptcy court decision would be harmless.